UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC DAVID SEALES,                                    Case No. 03-40336

     Plaintiff,

v.                                                                  District Judge Paul V. Gadola
                                                                  Magistrate Judge R. Steven Whalen

MACOMB COUNTY and FREDERICK
TRUE, JASON STABLEY, TED STABLEY,
ROBERT WHITEHEAD, JIM HILL and
RON GEKIERE, individually and in their
official capacity,

     Defendants.
_____/

## ORDER WITHDRAWING MOTION

Plaintiff's counsel having represented at oral argument on August 16, 2005 that it was withdrawing the motion to compel continuation of depositions [Docket #53],

IT IS THEREFORE ORDERED that said motion is WITHDRAWN.


                                                     S/R. Steven Whalen
                                                     R. STEVEN WHALEN
                                                     UNITED STATES MAGISTRATE JUDGE

Dated: August 17, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on August 17, 2005.

                                              S/Gina Wilson
                                              Case Manager