UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC DAVID SEALES,

       Plaintiff,                 Case No.  03-40336

v.                                   District Judge Paul V. Gadola
                                     Magistrate Judge R. Steven Whalen

MACOMB COUNTY and FREDERICK
TRUE, JASON STABLEY, TED STABLEY,
ROBERT WHITEHEAD, JIM HILL and
RON GEKIERE, individually and in their
official capacity,

       Defendants.
_____/

**ORDER**

For the reasons stated on the record on July 5, 2006,

Plaintiff's Fifth Motion to Compel [Doc. #116] is DISMISSED AS MOOT.

Plaintiff's Motion to Hold Summary Judgment in Abeyance [Doc. #118] is DENIED.

SO ORDERED.

                                              S/R.  Steven Whalen
                                              R.  STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: July 5, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 5, 2006.

S/Gina Wilson  
Judicial Assistant
